MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 | Tina White | | ***-**-5492 | S - 3 | 06/12/2018 | 06/25/2018 | 07/05/2018 | 6070012 |
|---|---|---|---|---|---|---|---|---|
| EMP. NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Regular | 52.34 | 148.12 | | Federal W/T | | 9.60 | | |
| Reported Tips(No Net)** | 1.00 | 569.00 | | Fica Medicare | | 10.40 | | |
| | | | | Fica Social Security | | 44.46 | | |
| | | | | PA Local EIT 3 | | 7.17 | | |
| | | | | PA Local Services Tax 3 | | 2.00 | | |
| | | | | Pennsylvania SUI | | 0.43 | | |
| | | | | Pennsylvania W/T | | 22.02 | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 53.34 | 717.12 | 96.08 | 52.04 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 52.04 |
| | Totals : | 52.04 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 205492 | Tina White | ***-**-5492 | S - 3 | 06/12/2018 | 06/25/2018 | 07/05/2018 | 6070017 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Auto Reimbursement | 0.00 | 200.00 | | Fica Medicare | 6.42 | |
| Regular | 29.50 | 442.50 | | Fica Social Security | 27.44 | |
| Stipend | 0.00 | 100.00 | | PA Local EIT 3 | 4.43 | |
| | | | | PA Local Services Tax 3 | 2.00 | |
| | | | | Pennsylvania SUI | 0.27 | |
| | | | | Pennsylvania W/T | 13.58 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 29.50 | 742.50 | 54.14 | 688.36 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 688.36 |
| | Totals : | 688.36 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 205492 | Tina White | ***-**-5492 | S - 3 | 06/26/2018 | 07/09/2018 | 07/18/2018 | 6101886 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 63.93 | 180.92 | | Federal W/T | 10.88 | |
| Reported Tips(No Net)** | 1.00 | 549.00 | | Fica Medicare | 10.58 | |
| | | | | Fica Social Security | 45.26 | |
| | | | | PA Local EIT 3 | 7.30 | |
| | | | | PA Local Services Tax 3 | 2.00 | |
| | | | | Pennsylvania SUI | 0.44 | |
| | | | | Pennsylvania W/T | 22.41 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 64.93 | 729.92 | 98.87 | 82.05 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 82.05 |
| | Totals : | 82.05 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 EMP. NO. | Tina White EMPLOYEE NAME | | ***-**-5492 SOCIAL SECURITY NO. | S - 3 STATUS | 06/26/2018 PERIOD BEG. | 07/09/2018 PERIOD END | 07/18/2018 CHECK DATE | 6102647 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Regular | 27.00 | 405.00 | | Fica Medicare | | 5.87 | | |
| | | | | Fica Social Security | | 25.11 | | |
| | | | | PA Local EIT 3 | | 4.05 | | |
| | | | | PA Local Services Tax 3 | | 2.00 | | |
| | | | | Pennsylvania SUI | | 0.24 | | |
| | | | | Pennsylvania W/T | | 12.43 | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 27.00 | 405.00 | 49.70 | 355.30 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 355.30 |
| | Totals : | 355.30 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 EMP. NO. | Tina White EMPLOYEE NAME | ***-**-5492 SOCIAL SECURITY NO. | S - 3 STATUS | 07/10/2018 PERIOD BEG. | 07/23/2018 PERIOD END | 08/01/2018 CHECK DATE | 6124958 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 54.74 | 154.91 | | Fica Medicare | | 7.12 | |
| Reported Tips(No Net)** | 1.00 | 336.01 | | Fica Social Security | | 30.44 | |
| | | | | PA Local EIT 3 | | 4.91 | |
| | | | | PA Local Services Tax 3 | | 2.00 | |
| | | | | Pennsylvania SUI | | 0.29 | |
| | | | | Pennsylvania W/T | | 15.07 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 55.74 | 490.92 | 59.83 | 95.08 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 95.08 |
| | Totals : | 95.08 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 EMP. NO. | Tina White EMPLOYEE NAME | | ***-**-5492 SOCIAL SECURITY NO. | S - 3 STATUS | 07/10/2018 PERIOD BEG. | 07/23/2018 PERIOD END | 08/01/2018 CHECK DATE | 6125105 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Auto Reimbursement | 0.00 | 100.00 | | Fica Medicare | | 8.59 | | |
| Regular | 39.50 | 592.50 | | Fica Social Security | | 36.74 | | |
| Stipend | 0.00 | 50.00 | | PA Local EIT 3 | | 5.93 | | |
| | | | | Pennsylvania SUI | | 0.36 | | |
| | | | | Pennsylvania W/T | | 18.19 | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 39.50 | 742.50 | 69.81 | 672.69 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 672.69 |
| | Totals : | 672.69 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 205492 | Tina White | ***-**-5492 | S - 3 | 07/24/2018 | 08/06/2018 | 08/15/2018 | 6143787 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 17.95 | 50.79 | | Fica Medicare | 3.69 | |
| Reported Tips(No Net)** | 1.00 | 204.00 | | Fica Social Security | 15.80 | |
| | | | | PA Local EIT 3 | 2.55 | |
| | | | | Pennsylvania SUI | 0.15 | |
| | | | | Pennsylvania W/T | 7.82 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 18.95 | 254.79 | 30.01 | 20.78 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 20.78 |
| | Totals : | 20.78 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 EMP. NO. | Tina White EMPLOYEE NAME | ***-**-5492 SOCIAL SECURITY NO. | S - 3 STATUS | 07/24/2018 PERIOD BEG. | 08/06/2018 PERIOD END | 08/15/2018 CHECK DATE | 6149726 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 27.75 | 416.25 | | Fica Medicare | | 6.04 | |
| | | | | Fica Social Security | | 25.81 | |
| | | | | PA Local EIT 3 | | 4.16 | |
| | | | | Pennsylvania SUI | | 0.25 | |
| | | | | Pennsylvania W/T | | 12.78 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 27.75 | 416.25 | 49.04 | 367.21 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 367.21 |
| | Totals : | 367.21 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

MID-ATLANTIC RESTAURANT CONCEPTS LLC

| 205492 EMP. NO. | Tina White EMPLOYEE NAME | | ***-**-5492 SOCIAL SECURITY NO. | S - 3 STATUS | 08/07/2018 PERIOD BEG. | 08/20/2018 PERIOD END | 08/29/2018 CHECK DATE | 6176061 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Auto Reimbursement | 0.00 | 100.00 | | Fica Medicare | | 6.04 | | |
| Regular | 27.75 | 416.25 | | Fica Social Security | | 25.81 | | |
| Stipend | 0.00 | 50.00 | | PA Local EIT 3 | | 4.16 | | |
| | | | | Pennsylvania SUI | | 0.25 | | |
| | | | | Pennsylvania W/T | | 12.78 | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 2.83 | 27.75 | 566.25 | 49.04 | 517.21 | | | |

AJM Payroll Powered By Primepoint

Tina White
142 Walnut Street
Mont Clare PA 19453

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| FIRST NIAGARA BANK | = = = = = = 2 7... | 517.21 |
| | Totals : | 517.21 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net