United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-16375-amc
Tina L White                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Dec 12, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db             +Tina L White,    145 North Main Street, Second Floor Rear,    Spring City, PA 19475-1872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
      JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Phoenixville jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      JOSEPH L QUINN    on behalf of Debtor Tina L White CourtNotices@sjr-law.com
      MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com, tami@javardianlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Tina L. White  
   f/k/a Tina Montegna  
   f/k/a Tina Ciampoli  

      Debtor(s)

Chapter 13 Proceeding

18-16375 AMC

## ORDER

AND NOW, this 12th day of December, 2018, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank, N.A. and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 142 Walnut Street, Phoenixville, PA 19453.

Upon the order being granted and entered, Citizens Bank, N.A. shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____  
United States Bankruptcy Judge  
Ashely M. Chan

Interested Parties:  
Mary F. Kennedy, Esquire  
Attorney for Citizens Bank, N.A.

Joseph L. Quinn, Esquire  
Attorneys for Debtor(s)

William C. Miller, Esquire  
Trustee