**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Tina L. White, | : | Chapter 13 |
| Debtor | : | Case No.:  18-16375-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed March 25, 2019 was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on March 25, 2019:*

Mary F. Kennedy on behalf of Citizens Bank, N.A.
mary@javardianlaw.com, tami@javardianlaw.com

Rebecca Ann Solarz on behalf of Bayview Loan Servicing, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

James Randolph Wood on behalf of Borough of Phoenixville
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

*Via First Class Mail on March 25, 2019*

Joseph E. Bresnan, Esquire
Upper Providence Township
224 King Street
Pottstown, PA 19464

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128-0946

Skalyns Santana Fernandez
Wells Fargo Bank N.A. d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Ashley Boswell, Paralegal
Capital One Bank (USA), N.A. by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Daneil Santucci, Esq.
Fortis Capital, LLC
c/o Blatt, Hasenmiller, Leibsker & Moore, LLC
5 Great Valley Parkway, Suite 100
Malvern, PA 19355

Maria T. Capiral, Auth. Agent
Quantum3 Group LLC as agent for Aqua Finance
PO Box 788
Kirkland, WA 98083-0788

                                      **LAW OFFICE OF STEPHEN J. ROSS, PC**

                         By:    */s/ Joseph Quinn*
                                Joseph Quinn, Esquire
                                Attorney I.D. No. 307467
                                152 E. High Street, Suite 100
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                JQuinn@SJR-LAW.com
Date:  March 25, 2019                 Counsel for Debtor