THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Tina L. White, | : | Chapter 13 |
| Debtor | : | No. : 18-16375-mdc |

## **CERTIFICATE OF SERVICE**

    I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on December 21, 2021, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on December 21, 2021:*

Mary F. Kennedy on behalf of Creditor Citizens Bank, N.A.
mary@javardianlaw.com, coleen@javardianlaw.com

Rebecca Ann Solarz on behalf of Creditor Bayview Loan Servicing, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

James Randolph Wood on behalf of Creditor Borough of Phoenixville
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on December 21, 2021:*

Joseph E. Bresnan, Esquire
Upper Providence Township
224 King Street
Pottstown, PA 19464

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128-0946

Skalyns Santana Fernandez
Wells Fargo Bank N.A. d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Ashley Boswell, Paralegal
Capital One Bank (USA), N.A. by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Daneil Santucci, Esq.
Fortis Capital, LLC
c/o Blatt, Hasenmiller, Leibsker & Moore, LLC
5 Great Valley Parkway, Suite 100
Malvern, PA 19355

Maria T. Capiral, Auth. Agent
Quantum3 Group LLC as agent for Aqua Finance
PO Box 788
Kirkland, WA 98083-0788

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
Ph: (610) 323-5300
F:  (610) 323-6081

Dated: December 21, 2021