IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Tina L. White, | : | Chapter 13 |
| Debtor | : | No. : 18-16375-mdc |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Tina L. White, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on December 21, 2021.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on December 21, 2021.

4. That a certificate of service was filed with the court on December 21, 2021 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before January 11, 2022.

6. No response to said Motion has been received as of January 19, 2022.


                                              ROSS, QUINN & PLOPPERT, P.C.

                                      BY:     */s/ Joseph Quinn*
                                                 Joseph Quinn, Esquire
                                                 Attorney I.D. No. 307467
                                                 192 S. Hanover Street, Suite 101
                                                 Pottstown, PA  19464
                                                 T: (610) 323 - 5300
                                                 F: (610) 323 - 6081
Date:  <u>January 19, 2022</u>                    JQuinn@rqplaw.com