# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16375-MDC

TINA L WHITE

145 NORTH MAIN STREET
SECOND FLOOR REAR
SPRING CITY, PA 19475

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TINA L WHITE

    145 NORTH MAIN STREET
    SECOND FLOOR REAR
    SPRING CITY, PA 19475

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 2/23/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee