Certificate Number: 05781-PAE-DE-038943118

Bankruptcy Case Number: 18-16375



05781-PAE-DE-038943118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2024, at 6:19 o'clock PM PDT, Tina White completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 7, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President