United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16375-amc |
| Tina L White | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina L White, 145 North Main Street, Second Floor Rear, Spring City, PA 19475-1872 |
| 14207014 | + | Bayview Loan Srving LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14235886 | + | Borough of Phoenixville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14203141 | + | Borough of Phoenixville, PO Box 391, Norristown, PA 19404-0391 |
| 14203140 | + | Borough of Phoenixville, 351 Bridge Street, Phoenixville, PA 19460-3355 |
| 14236322 | + | Borough of Phoenixville, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14214192 | + | Citizens Bank NA, c/o Mary F. Kennedy, Esquire, Attorney for Creditor, 1310 Industrial Boulevard, 1st Floor, Suite 101 Southampton, PA 18966-4030 |
| 14203147 | + | Daniel Santucci, Esq., Blatt, Hasenmiller, Leibsker & Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14203149 | + | Diane E. Boehret, Esquire, Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14203150 | + | Edward Skypala, 224 King Street, Pottstown, PA 19464-5515 |
| 14203152 | + | Fortis Capital, C/O Blatt, Hasenmiller, Leibsker & Moore, 5 Grant Valley Parkway, Suite 100, Malvern, PA 19355-1426 |
| 14203156 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14203155 | + | Pa Collection Center I, 1200 Corporate Blvd Ste, Lancaster, PA 17601-1292 |
| 14203158 | + | Upper Providence Township, 1286 Black Rock Road, PO Box 406, Oaks, PA 19456-0406 |
| 14222911 | + | Upper Providence Twp., c/o Joseph E. Bresnan, Esq., 224 King St., Pottstown, PA 19464-5515 |
| 14241712 | +++ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14203137 | + | Email/Text: bnc-aquafinance@quantum3group.com | Oct 24 2024 23:41:00 | Aqua Finance Inc, 1 Corporate Dr, Wausau, WI 54401-1724 |
| 14203138 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:40:00 | Atlantic Credit & Finance Incorporated, PO Box 2083, Warren, MI 48090-2083 |
| 14203139 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 24 2024 23:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14238214 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 24 2024 23:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14203142 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:04:41 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14203143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:04:30 | Capital One Bank, 15000 Capital One Drive, |

Case 18-16375-amc   Doc 94   Filed 10/26/24   Entered 10/27/24 00:33:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Henrico, VA 23238 |
| 14238006 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:04:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14227052 | ^ | MEBN | Oct 24 2024 23:37:23 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14203144 | ^ | MEBN | Oct 24 2024 23:37:46 | Citizens One, 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 14203145 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 24 2024 23:41:32 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14203146 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2024 00:04:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14203148 | ^ | MEBN | Oct 24 2024 23:37:19 | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 14226461 | ^ | MEBN | Oct 24 2024 23:37:20 | Debt Recovery Solutions LLC, 6800 Jericho Turnpike, Suite 113-E, Syosset, NY 11791-4401 |
| 14203151 | + | Email/Text: bknotice@ercbpo.com | Oct 24 2024 23:40:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14203153 | ^ | MEBN | Oct 24 2024 23:37:29 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14203154 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:40:00 | Midland Funding LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14235943 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14218633 | ^ | MEBN | Oct 24 2024 23:37:13 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14221355 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 24 2024 23:40:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14205516 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 24 2024 23:40:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14225586 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14234186 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2024 23:40:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14203157 | ^ | MEBN | Oct 24 2024 23:37:40 | Republic Services #324, PO Box 9001099, Louisville, KY 40290-1099 |
| 14209082 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2024 00:04:44 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14203159 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2024 00:05:09 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14910255 | *+ | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto., P.O. Box 169005, Irving, TX 75016-9005 |
| 14272092 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Phoenixville jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Debtor Tina L White CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 93 − 92

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tina L White )   Case No. 18−16375−amc
   fka Tina Montegna )
   fka Tina Ciampoli )
 )    Chapter: 13
   Debtor(s). )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 24, 2024                                                                                   For The Court

                                                                                                       Timothy B. McGrath
                                                                                                        Clerk of Court